# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAM T. PHAN,<br>　　　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, INC.,<br>　　　　Defendant(s). | Case No.: 2:18-cv-00374-JAD-NJK<br><br>**ORDER** |

Plaintiff has filed a proof of service reflecting that Defendant should have responded to the complaint roughly three months ago. *See* Docket No. 5 (showing service on March 5, 2018); *see also* Fed. R. Civ. P. 12(a)(1)(A)(i) (response to the complaint due within 21 days of service). To date, Plaintiff has not made any further filings to advance this case. Accordingly, Plaintiff shall file a motion for default or a status report by July 3, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1